**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **VICE DIGITAL PUBLISHING LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 3:26-cv-00917** |
| **v.** | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| **VICE DISTRIBUTION ACQUISITION LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF APPEARANCE**

Please take notice that Keane Barger, of Loeb & Loeb LLP, hereby enters his appearance on behalf of Vice Distribution Acquisition LLC.

Respectfully submitted,

s/ Keane Barger
Keane Barger (TN Bar No. 33196)
LOEB & LOEB LLP
35 Music Square East, Suite 310
Nashville, TN 37203
(615) 749-8300
(615) 749-8308 (facsimile)
kbarger@loeb.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via the Court's ECF filing system upon:

Kevin P. Hartley
William C. Ferrell
Derrick M. Davis
Trust Tree Legal, P.C.
798 Berry Road, #41400
Nashville, TN 37204
kevin@trusttree.com
bill@trusttree.com
derrick@trusttree.com

*Counsel for Plaintiff*

this the 10th day of July, 2026.

s/ Keane Barger