**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **VICE DIGITAL PUBLISHING LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:26-cv-00917** |
| | ) | |
| **VICE DISTRIBUTION ACQUISITION LLC,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

# ORDER

Before the Court is Plaintiffs' motion for a preliminary injunction. (Doc. No. 10). The parties shall meet with United States Magistrate Judge Jeffrey S. Frensley. At the conference, the parties shall discuss with the Magistrate Judge the extent of any limited discovery necessary to prepare for a preliminary injunction hearing. With the Magistrate Judge's approval, the parties shall set an agreed-upon briefing schedule so that the motion is briefed after the limited discovery is completed, and give the Court target dates for a hearing. The parties should also estimate the length of the hearing.

The Court requires the parties to depose any witness that will testify at the hearing at least five (5) days prior to the hearing.

IT IS SO ORDERED.

Waverly D. Crenshaw, Jr.
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE