IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| VICE DIGITAL PUBLISHING LLC | ) | |
| Plaintiff, | ) | Case No. 3:26-cv-00917 |
| v. | ) | JURY TRIAL DEMANDED |
| VICE DISTRIBUTION ACQUISITION LLC | ) | |
| Defendant. | ) | |

**CONSENT MOTION TO EXTEND TEMPORARY RESTRAINING ORDER**

Plaintiff Vice Digital Publishing LLC ("Vice"), with the consent of Defendant Vice Distribution Acquisition LLC ("VD"), respectfully moves this Court, pursuant to Rule 65(b)(2) of the Federal Rules of Civil Procedure, for entry of an Order extending the Temporary Restraining Order entered July 10, 2026 (Dkt. No. 22), through the conclusion of the preliminary injunction hearing in this matter. In support of this Consent Motion, Vice states as follows:

1. On July 10, 2026, following the discussion on the record that same day, the Court entered a Temporary Restraining Order (the "TRO") (Dkt. No. 22).

2. Paragraph 8 of the TRO provides that the TRO "shall expire fourteen (14) days from the date of entry unless extended by the Court for good cause or with VD's consent, in accordance with Fed. R. Civ. P. 65(b)(2)." Absent an extension, the TRO will expire on Friday, July 24, 2026.

3. The Court has referred this matter to Magistrate Judge Jeffrey S. Frensley to set a schedule for any limited discovery and a hearing on Vice's motion for preliminary

injunction (Dkt. No. 21). The target date for the preliminary injunction hearing isno earlier than September 14, 2026.

4. Defendant VD, through its counsel, consents to extending the TRO, on its current terms, through the conclusion of the preliminary injunction hearing.

5. VD does not, through its agreement to extend, concede in any way that Vice is entitled to such relief on the merits. Further, VD expressly preserves and does not waive any right to move to dissolve the TRO.

5. The parties agree that this extension shall not be used as evidence or precedent that Vice is any way entitled to the relief it seeks on the merits.

6. There is no objection to this Motion.

WHEREFORE, the parties respectfully request that the Court enter an Order, in the form submitted herewith, extending the Temporary Restraining Order (Dkt. No. 22), on its current terms, through the conclusion of the preliminary injunction hearing, or until further order of the Court.

Dated: July 23, 2026

Respectfully submitted,

s/ Kevin P. Hartley
Kevin P. Hartley (BPR #29199)
Telephone: (615) 469-0451
Email: kevin@trusttree.com

William C. Ferrell (BPR #27220)
Telephone: (615) 746-7467
Email: bill@trusttree.com

Derrick M. Davis (BPR #37122)
Telephone: (865) 867-7500
Email: derrick@trusttree.com

TRUST TREE LEGAL, P.C.
798 Berry Road, #41400

Nashville, TN 37204
Counsel for Plaintiff, Vice Digital Publishing LLC

Consented to:

s/ Keane Barger (with permission)
Tim Warnock (TN Bar No. 12844)
Keane Barger (TN Bar No. 33196)
LOEB & LOEB LLP
35 Music Square East, Suite 310
Nashville, TN 37203
Telephone: (615) 749-8300
Email: twarnock@loeb.com; kbarger@loeb.com
Counsel for Defendant, Vice Distribution Acquisition LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2026, a true and correct copy of the foregoing Consent Motion was electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of such filing to all counsel of record.

s/ Kevin P. Hartley
Kevin P. Hartley