IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **VICE DIGITAL PUBLISHING LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 3:26-cv-00917** |
| | ) | |
| **v.** | ) | **Judge Crenshaw** |
| | ) | **Magistrate Judge Frensley** |
| **VICE DISTRIBUTION ACQUISITION LLC,** | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| **Defendant.** | ) | |

**JOINT MOTION TO ENTER STIPULATED PROTECTIVE ORDER**

Pursuant to Federal Rule of Civil Procedure 26(c), the parties jointly move the Court to entered the proposed stipulated protective order attached hereto. In support of the motion, the parties states that entry of the proposed stipulated protective order will protect and facilitate the production of confidential information requested and exchanged during discovery and minimize this Court's involvement in adjudicating disputes among the parties arising from the production of such information.

Respectfully submitted,

s/ Tim Warnock
Tim Warnock (TN Bar No. 12844)
Keane Barger (TN Bar No. 33196)
LOEB & LOEB LLP
35 Music Square East, Suite 310
Nashville, TN 37203
(615) 749-8300
(615) 749-8308 (facsimile)
twarnock@loeb.com
kbarger@loeb.com

*Counsel for Defendant*

s/ William C. Ferrell with permission by T. Warnock
Kevin P. Hartley
William C. Ferrell
Derrick M. Davis
Trust Tree Legal, P.C.
798 Berry Road, #41400
Nashville, TN 37204
kevin@trusttree.com
bill@trusttree.com
derrick@trusttree.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served via the Court's ECF filing system upon:

Kevin P. Hartley
William C. Ferrell
Derrick M. Davis
Trust Tree Legal, P.C.
798 Berry Road, #41400
Nashville, TN 37204
kevin@trusttree.com
bill@trusttree.com
derrick@trusttree.com

*Counsel for Plaintiff*

this the 24th day of July, 2026.

s/ Tim Warnock


Case 3:26-cv-00917 Document 32 Filed 07/24/26 Page 2 of 2 PageID #: 172