MOTION GRANTED.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| **VICE DIGITAL PUBLISHING LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 3:26-cv-00917** |
| **v.** | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| **VICE DISTRIBUTION ACQUISITION LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16(b)(4), the parties jointly move the Court to modify the Order dated July 17, 2026 (Doc. 26) (the "Order"), to extend the deadlines (1) for the completion of depositions of fact witness from August 21, 2026, to **August 28, 2026**, and (2) for Defendant to file a response brief from August 9, 2026, to **September 1, 2026**.[1]

Under Federal Rule of Civil Procedure 16(b)(4), a "schedule may be modified only for good cause and with the judge's consent."

Good cause justifies the requested modifications. The parties have set by agreement—taking into account the availability of the deponents and counsel—the depositions that the parties believe are necessary in order to prepare for the September 14, 2026, hearing. Based on the scheduling of those depositions, the parties agree that extending the deposition and response deadlines above will allow the parties a fair opportunity to conduct discovery prior to Defendant filing its response.

[1] Defendant previously moved the Court to extend the deadline for Defendant to file a response brief from August 9, 2026 to August 28, 2026. (Doc. 27.) As a result of this Joint Motion, that prior motion should be deemed moot.

The parties therefore respectfully request that the Court grant this motion and modify the Order.

Respectfully submitted,

s/ Tim Warnock
Tim Warnock (TN Bar No. 12844)
Keane Barger (TN Bar No. 33196)
LOEB & LOEB LLP
35 Music Square East, Suite 310
Nashville, TN 37203
(615) 749-8300
(615) 749-8308 (facsimile)
twarnock@loeb.com
kbarger@loeb.com

Linton Mann, III (*admitted pro hac vice)*
Karen (Ken) Krmoyan (*admitted pro hac vice)*
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
lmann@stblaw.com
ken.krmoyan@stblaw.com

*Counsel for Defendant*

s/ Kevin P. Hartley w/p TLW
Kevin P. Hartley
William C. Ferrell
Derrick M. Davis
Trust Tree Legal, P.C.
798 Berry Road, #41400
Nashville, TN 37204
kevin@trusttree.com
bill@trusttree.com
derrick@trusttree.com

*Counsel for Plaintiff*


Case 3:26-cv-00917 Document 41 Filed 08/17/26 Page 2 of 3 PageID #: 223

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via the Court's ECF filing system upon:

Kevin P. Hartley
William C. Ferrell
Derrick M. Davis
Trust Tree Legal, P.C.
798 Berry Road, #41400
Nashville, TN 37204
kevin@trusttree.com
bill@trusttree.com
derrick@trusttree.com

*Counsel for Plaintiff*

this the 13th day of August, 2026.

s/ Tim Warnock