IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **VICE DIGITAL PUBLISHING LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 3:26-cv-00917** |
| **v.** | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| **VICE DISTRIBUTION ACQUISITION LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT MOTION TO CONTINUE INJUNCTION HEARING**

The parties agree, as evidenced by the signatures of counsel appearing below, that the hearing currently set for September 14, 2026, on Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order, should be reset. As grounds for this Motion, the parties show this Court that:

1. In preparation for the hearing, the parties scheduled depositions in Los Angeles, California, and New York, New York, for last week and depositions in Nashville for this week;

2. While counsel were in Los Angeles and before the parties began the depositions, the parties agreed to mediate in New York last Thursday and Friday;

3. The mediation has not yet resulted in resolution of the case, but the mediator is continuing to work with the parties;

4. The parties are also in the process of rescheduling the depositions.

As a result of the parties' mediation efforts, which remain ongoing, the parties will not be able to complete the depositions and the briefing based on the deadlines that currently exist.

WHEREFORE, the parties jointly request that the Court continue the hearing currently set for September 14, 2026 on Plaintiff's Motion for Preliminary Injunction and Temporary

Restraining Order. Once the parties have completed rescheduling the depositions and conferred to reach agreement upon a briefing schedule, the parties respectfully request that the Court further order that they contact the Magistrate Judge to discuss resetting the hearing.

Respectfully submitted,

s/ Tim Warnock
Tim Warnock (TN Bar No. 12844)
Keane Barger (TN Bar No. 33196)
LOEB & LOEB LLP
35 Music Square East, Suite 310
Nashville, TN 37203
(615) 749-8300
(615) 749-8308 (facsimile)
twarnock@loeb.com
kbarger@loeb.com

Linton Mann, III (*admitted pro hac vice)*
Karen (Ken) Krmoyan (*admitted pro hac vice)*
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
lmann@stblaw.com
ken.krmoyan@stblaw.com

*Counsel for Defendant*

s/ Kevin P. Hartley w/p TLW
Kevin P. Hartley
William C. Ferrell
Derrick M. Davis
Trust Tree Legal, P.C.
798 Berry Road, #41400
Nashville, TN 37204
kevin@trusttree.com
bill@trusttree.com
derrick@trusttree.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via the Court's ECF filing system upon:

Kevin P. Hartley
William C. Ferrell
Derrick M. Davis
Trust Tree Legal, P.C.
798 Berry Road, #41400
Nashville, TN 37204
kevin@trusttree.com
bill@trusttree.com
derrick@trusttree.com

*Counsel for Plaintiff*

this the 25th day of August, 2026.

s/ Tim Warnock