Motion (42) is **GRANTED** and the hearing set on Sept. 14, 2026, is cancelled.

Waverly D. Crenshaw, Jr.

US DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **VICE DIGITAL PUBLISHING LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 3:26-cv-00917** |
| **v.** | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| **VICE DISTRIBUTION ACQUISITION LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT MOTION TO CONTINUE INJUNCTION HEARING**

The parties agree, as evidenced by the signatures of counsel appearing below, that the hearing currently set for September 14, 2026, on Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order, should be reset. As grounds for this Motion, the parties show this Court that:

1. In preparation for the hearing, the parties scheduled depositions in Los Angeles, California, and New York, New York, for last week and depositions in Nashville for this week;

2. While counsel were in Los Angeles and before the parties began the depositions, the parties agreed to mediate in New York last Thursday and Friday;

3. The mediation has not yet resulted in resolution of the case, but the mediator is continuing to work with the parties;

4. The parties are also in the process of rescheduling the depositions.

As a result of the parties' mediation efforts, which remain ongoing, the parties will not be able to complete the depositions and the briefing based on the deadlines that currently exist.

WHEREFORE, the parties jointly request that the Court continue the hearing currently set for September 14, 2026 on Plaintiff's Motion for Preliminary Injunction and Temporary